IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-22-05076-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION:<br>E1102298<br>E1102299<br>Location Code: M13 |
| vs. | |
| SUMIO HARADA, | ORDER |
| Defendant. | |

Based upon the United States' motion to accept the defendant's payment of a $270 fine and $30 processing fee for violation E1102299 (for a total of $300), and for good cause shown, **IT IS ORDERED** that the $300 fine paid by the defendant is accepted as a full adjudication of violation E1102299. **IT IS ALSO ORDERED** that violation E1102298 is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022, is **VACATED**.

DATED this 19th day of September, 2022.

John Johnston
United States Magistrate Judge